**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-MC-23540-ALTONAGA**
**ADMINISTRATIVE ORDER 2026-51**

*IN RE*:  **PAUL A. BRAVO**
      **FLORIDA BAR # 38275**

_____/

FILED BY _____tah_____ D.C.

**Jul 8, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER OF SUSPENSION

On May 18, 2026, the Supreme Court of Florida suspended Paul A. Bravo from the practice of law.  *See Fla. Bar v. Bravo*, No. SC2026-0434, 2026 WL 1380201, at *1 (Fla. May 18, 2026). On May 21, 2026, the Clerk of this Court entered an Order to Show Cause [ECF No. 2], providing Mr. Bravo 30 days to explain why reciprocal discipline should not be imposed.   (*See generally* May 21, 2026 Order).   The Clerk sent the materials to Mr. Bravo's last known addresses, and one package was signed by Mr. Bravo.   (*See generally* Return of Serv. [ECF No. 4] 3).[1]   On June 7, 2026, Mr. Bravo provided the Court with formal notice through email of his Florida Bar suspension.   (*See generally* Notice [ECF No. 8] 1).

Under Rule 8(d) of the Southern District of Florida Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys ("Attorney Rules"), the Court, once the time to respond to an order to show cause has lapsed, is authorized to impose reciprocal discipline or any other sanction it deems appropriate.  *See id.* Considering the above, and under Attorney Rule 8(d) and the Court's inherent authority to oversee membership in its bar and safeguard the public interest, *see Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) (citation omitted), it is

      **ORDERED** as follows:

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 26-23540-MC-ALTONAGA

1.    Mr. Bravo is suspended from the practice of law in the U.S. District Court for the Southern District of Florida, effective immediately.   He may not resume practice before this Court unless and until reinstated by court order.   *See* Att'y R. 12(a).

2.    Within **fourteen (14) days** of receipt of this Order, Mr. Bravo shall notify the Clerk of Court of any active cases in which he appears as counsel or co-counsel of record in this District.

3.    The Clerk is directed to **STRIKE** Mr. Bravo from the roll of attorneys authorized to practice before this Court and to immediately revoke his CM/ECF credentials.

4.    The Clerk shall promptly attempt service of this Order via certified mail to Mr. Bravo's court record address and any addresses on file with The Florida Bar.

**DONE AND ORDERED** in Miami, Florida, this 8th day of July, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    All South Florida Eleventh Circuit Court of Appeals Judges
        All Southern District of Florida District Judges, Bankruptcy Judges, and Magistrate Judges
        United States Attorney
        Circuit Executive
        Federal Public Defender
        Clerks of Court – District, Bankruptcy, and Eleventh Circuit
        Florida Bar and National Lawyer Regulatory Data Bank
        Library
        Paul A. Bravo

2